UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| DAVID MOORE SR. | ) | CASE NO. 16-21928-KL-13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**IMMATERIAL MODIFICATION OF CONFIRMATION NOT SUBJECT TO NOTICE**

The parties hereto agree that Debtor's Plan must be immaterially modified to resolve an existing issue or objection. This modification meets requirements of 11 U.S.C. §1322 and becomes part of the Debtor's Plan without any necessity for notice herein. The agreement of the parties is:

1. Embrace Home Loans, Inc. holds a validly perfected mortgage on the property located at 647 New Jersey St, Gary, IN 46403.

2. Debtor's plan does not treat the Creditor or subject property.

3. Debtor's intent regarding said real estate property located at 647 New Jersey St, Gary, IN 46403, is to surrender the same to Embrace Home Loans.

4. There is little or no equity in the above-described real estate for the benefit of creditors and the Debtor and Trustee agree and consent that same should be immediately abandoned as it is burdensome to the estate.

5. The parties further stipulate and agree to relief from the automatic stay as to Embrace Home Loans, effective upon approval of this agreement, so that Embrace Home Loans may proceed with its state court remedies, including but not limited to *in rem* foreclosure of the property.

Moore - File No. 092848B01

WHEREFORE, the parties hereto have agreed to the above terms as an immaterial modification of the Plan as last submitted by the Debtor herein.

SO ORDERED THIS _____ DAY OF _____, 2016.

_____
JUDGE J. PHILIP KLINGEBERGER
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT, HAMMOND DIVISION

DATE: August 25, 2016

/s/ PAUL R. CHAEL
PAUL R. CHAEL
Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410

DATE: August 25, 2016

/s/ DAVID DABERTIN
DAVID DABERTIN
Attorney for Debtor
5246 Hohman Avenue, Suite 302
Hammond, IN 46320

DATE: August 25, 2016

/s/ SUSAN M WOOLLEY
SUSAN M. WOOLLEY
Attorney for Embrace Home Loans, Inc.
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250

Moore - File No. 092848B01

DISTRIBUTION:

David Moore Sr.
Debtor
1300 Dearborn St
Gary, IN 46403-3761

David Dabertin
Attorney at Law
5246 Hohman Avenue, Suite 302
Hammond, IN 46320

Paul R. Chael
Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

Moore - File No. 092848B01